McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**SEALED**

**FILED**

FEB 10 2020

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of: | CASE NO. 2:20-SW-0153-CKD |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-302-5432 | SEALING ORDER |
| | **UNDER SEAL** |

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

SEALED until further order of this Court.

Dated: _2/10/2020_          _Carolyn Delaney_
                              Hon. Carolyn K. Delaney
                              U.S. MAGISTRATE JUDGE

SEALING ORDER

1