| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>    United States Attorney<br>2  DAVID W. SPENCER<br>    Assistant United States Attorney<br>3  501 I Street, Suite 10-100<br>    Sacramento, CA 95814<br>4  Telephone: (916) 554-2700<br>    Facsimile:  (916) 554-2900 |   **FILED**<br>Jul 9, 2020<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

**SEALED**

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-302-5432 | CASE NO.  2:20-SW-153-CKD<br><br>ORDER DELAYING NOTICE<br><br>**UNDER SEAL** |

The United States has represented that there exists an ongoing investigation into the firearms and narcotics trafficking activities of the parties named in the application and order, signed February 10, 2020, which authorized agents of Homeland Security Investigations ("HSI") and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") to ascertain the physical location of the T-Mobile cellular telephone currently assigned: 209-302-5432 ("TARGET CELL PHONE"), including but not limited to E-911 Phase II data (GPS and/or other precise location information) concerning the TARGET CELL PHONE(S) (the "Requested Information"), for a period of 30 days.

The government has further represented that service of the notice required by Federal Rules of Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence to the targets.

Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall be required to serve the notice shall be postponed for 90 days from the date of this Order.

/ / /

/ / /

Order Delaying Notice                                      1

1    Should the United States seek further postponement of the time within which it must serve the
2  notice, it shall make further application to this Court.
3       IT IS SO ORDERED.

5  Dated:   July 9, 2020

   *[signature: Carolyn K. Delaney]*
6                                     Hon. Carolyn K. Delaney
                                      U.S. MAGISTRATE JUDGE

ORDER DELAYING NOTICE                    2